**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Nicholas Edward Higgins,<br><br>Defendant. | No. CR-14-01089-01-PHX-DJH<br><br>**DETENTION ORDER** |

On May 13, 2019, Defendant appeared before this Court on a petition to revoke conditions of release.

The Court finds, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 13th day of May, 2019.

Honorable John Z. Boyle
United States Magistrate Judge